```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06696
    FELICIA A CLARK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0649


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/13/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   25.00%.

     The case was dismissed after confirmation 09/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             565.00          .00         75.00
COOK COUNTY TREASURER      SECURED                .00          .00           .00
GMAC MORTGAGE              CURRENT MORTG          .00          .00           .00
ILLINOIS TITLE LOANS       SECURED VEHIC      2000.00        54.43        110.14
ARNOLD SCOTT HARRIS        UNSECURED       NOT FILED           .00           .00
ASPIRE                     UNSECURED       NOT FILED           .00           .00
CHADWICK                   UNSECURED       NOT FILED           .00           .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
CREDITORS ALLIANCE INC     UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00           .00
GREAT WEST RETIREMENT SE   UNSECURED       NOT FILED           .00           .00
NEWPORT NEWS               UNSECURED       NOT FILED           .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED           .00           .00
MARAUDER CORP              UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTION SYSTE   UNSECURED       NOT FILED           .00           .00
NATIONAL CREDIT MANAGER    UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NEWPORT NEWS               UNSECURED       NOT FILED           .00           .00
PAYDAY LOAN STORES OF IL   UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          5161.60          .00           .00
TCF BANK                   UNSECURED       NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED           .00           .00
SONIC PAYDAY               UNSECURED       NOT FILED           .00           .00
GMAC MORTGAGE              MORTGAGE ARRE    17983.44           .00           .00
GMAC MORTGAGE              NOTICE ONLY    NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          1070.00          .00           .00
DPUC                       UNSECURED          6876.32          .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       93.00          .00         93.00
DPUC                       UNSECURED          6876.32          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                    570.12
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06696 FELICIA A CLARK

```
TOM VAUGHN                 TRUSTEE                                    66.53
DEBTOR REFUND              REFUND                                    276.92

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      1,246.14

PRIORITY                                               93.00
SECURED                                               185.14
    INTEREST                                           54.43
UNSECURED                                                .00
ADMINISTRATIVE                                        570.12
TRUSTEE COMPENSATION                                   66.53
DEBTOR REFUND                                         276.92
                            ---------------     ---------------
TOTALS                       1,246.14              1,246.14
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE